Gavin J. Rooney
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 419-5853
*Attorneys for Defendant Verizon Communications, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL GETZ, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>v.<br><br>VERIZON COMMUNICATIONS, INC., a Delaware corporation,<br><br>          Defendant. | Case No. 1:18-cv-04652 |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, Verizon Communications, Inc. ("Verizon"), by and through its attorneys, Lowenstein Sandler LLP, hereby certifies as follows.

Verizon has no parent corporation, and no publicly held corporation owns 10% or more of Verizon's stock.

Date:   July 23, 2018                         By:    _/s/ Gavin J. Rooney_____

                                                             Gavin J. Rooney, Esq.
                                                             **LOWENSTEIN SANDLER LLP**
                                                             1251 Avenue of the Americas
                                                             New York, New York 10020
                                                             (212) 419-5853
                                                             grooney@lowenstein.com
                                                             Attorneys for Defendant Verizon
                                                             Communications, Inc.

23510/33
07/23/2018 **202528579**.1